# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JULIE DALTON,                                    Case No. 25-cv-356 (NEB/JFD)

        Plaintiff,

v.                                                            **ORDER**

FABLETICS, INC.,

        Defendant.

The Complaint in this matter was filed on January 30, 2025.  A Summons was returned executed on February 7, 2025, showing defendant was served on February 4, 2025.  More than 21 days have elapsed since the Summons and Complaint were served on defendant, and no appearance has been entered. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for Plaintiff is directed to:

1.   Notify defendant or its counsel immediately that they are required to answer or otherwise respond to the Complaint or submit a stipulation for an extension of time to answer or otherwise respond within 10 days of this Order.

2.   File the above notice in CM/ECF; and

3.   If no answer or other response is filed by defendant within 21 days of this Order, plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within 30 days of the date of this Order.  Once default is entered by the Clerk of Court, plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

4.   Advise the undersigned in writing of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Dated:  March 5, 2025                    *s/  John F. Docherty*
                                         JOHN F. DOCHERTY
                                         United States Magistrate Judge